<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6218**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ARTHUR H. GARRISON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CR-97-83, CA-01-332-7)

———————

Submitted: April 25, 2002          Decided: May 8, 2002

———————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Arthur H. Garrison, Appellant Pro Se. Ray B. Fitzgerald, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia;
Ruth Elizabeth Plagenhoef, Assistant United States Attorney,
Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur H. Garrison seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Garrison's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Garrison, Nos. CR-97-83; CA-01-332-7 (W.D. Va. filed Jan. 10, 2002 & entered Jan. 11, 2002). We grant Garrison's motion to construe his memorandum as support for his motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2